JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YUNLI CHI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>　　　　Defendants. | No. EDCV 22-983-JGB-SHKx<br><br>**ORDER RE:<br>JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

1  Having read and considered the Joint Stipulation to Stay the Case Pending
2  Adjudication of Application submitted by the parties, and finding good cause therefor,
3  IT IS HEREBY ORDERED that the instant action shall be stayed until March 3,
4  2023.

Dated: September 7, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE